WRIGHT & L'ESTRANGE
A Partnership Including
Professional Corporation
    John H. L'Estrange, Jr. (SBN 049594)
    jlestrange@wllawsd.com
    Alexander T Gruft (SBN 223096)
    agruft@wllawsd.com
401 West A Street, Suite 2250
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (fax)

Attorneys for Panini America, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANINI AMERICA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE ART OF THE GAME, a California corporation,<br><br>    Defendant. | CASE NO.: 11-cv-03971 RGK (AGRx)<br><br>**EX PARTE: STIPULATION RE: PRELIMINARY INJUNCTION**<br><br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 9, 2011<br>Trial Date: None set |

Attached as Exhibit A is a Stipulated Preliminary Injunction signed by Brian Bayne for Plaintiff and Harlan Werner for Defendant. This Stipulation resolves the ex parte application for a preliminary injunction filed by Plaintiff on May 13, 2011 (Dkt. 5). An order relating to this stipulation will be submitted separately to the Court by the email system as provided in the ECF rules.

                            WRIGHT & L'ESTRANGE
                            Attorneys for Plaintiff
                            Panini America, Inc.

Dated: May 17, 2011                  By: /s/ Alexander T Gruft
                                                    Alexander T Gruft
                                                      Attorney for Plaintiff Panini America, Inc.

**EXHIBIT A**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PANINI AMERICA, INC., a Delaware corporation, | ) | CASE NO.: 11-cv-03971 RGK (AGRx) |
| Plaintiff, | ) ) ) | JOINT STIPULATION AND [PROPOSED] ORDER RE: SALE AND MARKETING OF KOBE BRYANT MERCHANDISE |
| v. | ) | |
| THE ART OF THE GAME, a California corporation, | ) ) ) | |
| Defendant. | ) ) ) | Complaint Filed: May 9, 2011<br>Trial Date: Note set |

**STIPULATION**

1. WHEREAS PLAINTIFF PANINI AMERICA, INC. ("Panini" and/or "Plaintiff") filed suit in the underlying action against DEFENDANT THE ART OF THE GAME ("Art of the Game" and/or "Defendant") on or around May 9, 2011, for causes of action for trademark infringement, false designation of origin, false advertising, unfair competition, misappropriation of rights of publicity, intentional interference with prospective economic advantage and intentional interference with

1

contractual relations relating to Defendant's alleged marketing and selling of Kobe Bryant sports memorabilia in violation of Panini's claimed exclusive contractual rights to sell, market, and promote sports memorabilia with Kobe Bryant's name, signature, image, and likeness.

2. WHEREAS Defendant Art of the Game is presently engaged in the sale and marketing of Kobe Bryant merchandise and sports memorabilia on the internet and at its retail locations in the Los Angeles area, which activities have been placed at issue by Plaintiff in this suit.

3. WHEREAS Plaintiff and Defendant agree that this Stipulation does not and shall not serve as any admission of liability, fault, or wrongdoing on Defendant's part in this lawsuit or in any fashion whatsoever, nor shall it be construed as an admission regarding the relative merits of Plaintiff's claims alleged against Defendant in this lawsuit or in any fashion whatsoever, nor shall it be construed as an admission of fact or law in this lawsuit or in any fashion whatsoever.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendant Art of the Game, including its representatives, servants and agents, employees, officers, directors, partners, attorneys, subsidiaries, and all persons under its control, or acting in active concert or participation with them ARE HEREBY RESTRAINED AND ENJOINED from:

(1) Creating, marketing, advertising, distributing, selling, offering for sale, destroying or otherwise exploiting for a commercial purpose any counterfeit sports collectible, memorabilia or game-used equipment featuring the name, nicknames, voice, likeness, photograph, picture, biography, statistics, image, caricature, game-used equipment, and/or signature of Kobe Bryant;

(2) Contacting, communicating or advertising to any person or entity for the purpose of creating, marketing, distributing, selling, offering for sale, disseminating, shipping, destroying or otherwise exploiting for a

commercial purpose any counterfeit sports collectibles or memorabilia featuring the name, nicknames, voice, likeness, photograph, picture, biography, statistics, image, caricature, game-used equipment, and/or signature of Kobe Bryant;

(3) Using Kobe Bryant's name or likeness in any advertising or exhibition;

(4) Advertising, distributing, marketing, promoting, selling, or offering for sale, sports collectibles and memorabilia with Kobe Bryant's autograph except in compliance with the requirements of California Civil Code section 1739.7; and

(5) Destroying, removing, overwriting, transferring possession of, deleting, selling, hiding, secreting, or otherwise disposing of any evidence related to Kobe Bryant, or the claims and facts involved in this action.

2. This agreed temporary injunction is effective immediately, and shall remain in full force and effect until the final trial of this matter, or until further order of the Court.

SO STIPULATED.

DATED: May 16, 2011     By: _____
                             Authorized Representative for
                             PANINI AMERICA, INC.


DATED: May 16, 2011     By: _____
                             Harlan Werner for
                             THE ART OF THE GAME