

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANINI AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE ART OF THE GAME, a California corporation,<br><br>Defendant. | **CASE NO.: 11-cv-03971 RGK (AGRx)**<br><br>**[PROPOSED] ORDER RE: SALE AND MARKETING OF KOBE BRYANT MERCHANDISE**<br><br>Complaint Filed: May 9, 2011<br>Trial Date: None set |

IT IS HEREBY ORDERED THAT:

Pursuant to the parties' Joint Stipulation set forth above, Defendant Art of the Game, including its representatives, servants and agents, employees, officers, directors, partners, attorneys, subsidiaries, and all persons under its control, or acting in active concert or participation with them ARE HEREBY RESTRAINED AND ENJOINED from:

(1) Creating, marketing, advertising, distributing, selling, offering for sale, destroying or otherwise exploiting for a commercial purpose any counterfeit sports collectible, memorabilia or game-used equipment

featuring the name, nicknames, voice, likeness, photograph, picture, biography, statistics, image, caricature, game-used equipment, and/or signature of Kobe Bryant;

(2) Contacting, communicating or advertising to any person or entity for the purpose of creating, marketing, distributing, selling, offering for sale, disseminating, shipping, destroying or otherwise exploiting for a commercial purpose any counterfeit sports collectibles or memorabilia featuring the name, nicknames, voice, likeness, photograph, picture, biography, statistics, image, caricature, game-used equipment, and/or signature of Kobe Bryant;

(3) Using Kobe Bryant's name or likeness in any advertising or exhibition;

(4) Advertising, distributing, marketing, promoting, selling, or offering for sale, sports collectibles and memorabilia with Kobe Bryant's autograph except in compliance with the requirements of California Civil Code section 1739.7; and

(5) Destroying, removing, overwriting, transferring possession of, deleting, selling, hiding, secreting, or otherwise disposing of any evidence related to Kobe Bryant, or the claims and facts involved in this action.

2. This agreed temporary injunction is effective immediately, and shall remain in full force and effect until the final trial of this matter, or until further order of the Court.

**IT IS SO ORDERED.**

Dated:___________

__________________________
United States District Judge,
Hon. R. Gary Klausner