# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANINI AMERICA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE ART OF THE GAME, a California corporation,<br><br>    Defendant. | **CASE NO.: 11-cv-03971 RGK (AGRx)**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 9, 2011<br>Trial Date: None set |

IT IS HEREBY ORDERED THAT:

Pursuant to the parties' Joint Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss the above-entitled action with prejudice, the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 7, 2011_____
_____

    United States District Judge,
    Hon. R. Gary Klausner